United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ALI BIRJANDI**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **Civil Action No.** 1:25-cv-00364 |
| | § | |
| **KRISTI NOEM**, | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Petitioner Ali Birjandi's "Unopposed Motion for Leave to File Reply" (Birjandi's "Unopposed Motion"). Dkt. No. 15.

On December 30, 2025, the Court ordered the Government to respond "within **20 days** of service of [Birjandi's] § 2241 Petitioner to state why the writ of habeas corpus should not issue." Dkt. No. 7 at 2 (emphasis in original). On February 13, 2026, the Government filed its "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" ("Response"). Dkt. No. 13. Accordingly, Birjandi's deadline to fil a reply to the Government's Response is **March 2, 2026**.

Birjandi's counsel requests a five-day extension to file a reply to the Government's Response. Dkt. No. 15 at 1. Birjandi's counsel states that she was only recently retained on February 25, 2026, to represent Birjandi, who initially represented himself *pro se*. *Id*. Further, Birjandi's counsel states she has conferred with the Government's counsel, who is unopposed to the requested relief. *Id*.

For good cause shown, Birjandi's Unopposed Motion [Dkt. No. 15] is hereby **GRANTED**. Birjandi's reply to the Government's Response [Dkt. No. 13] is due by **March 10, 2026.**

    **SO ORDERED.**


    **SIGNED** on this **2nd** day of **March, 2026**, at Brownsville, Texas.


_____
**Ignacio Torteya, III**
**United States Magistrate Judge**